# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MATTHEW COCKBURN**                                                                              **PLAINTIFF**

**v.**                                          **Case No. 5:19-cv-00209-KGB**

**DUSTY DODSON, Jail Administrator, Dallas County Detention
Center, and STAN MCGHEE, Sheriff, Dallas County**                          **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Volpe's recommendations.

Therefore, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 8). It is ordered that plaintiff Matthew Cockburn's complaint be dismissed without prejudice. Dismissal of this action constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g). Finally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from the Order and Judgment entered in this case would not be taken in good faith.

It is so ordered this 23rd day of January, 2020.

Kristine G. Baker
United States District Judge