THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MATTHEW COCKBURN**                                                    **PLAINTIFF**

**v.**                        **Case No. 5:19-cv-00209-KGB**

**DUSTY DODSON, Jail Administrator, Dallas County Detention
Center, and STAN MCGHEE, Sheriff, Dallas County**        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Matthew Cockburn's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 23rd day of January, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge